IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ALBERT W. MCDANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 108-110 |
| | ) | |
| CAROLINE LEE, Director of Nursing, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motions for summary judgment (doc. nos. 34, 36) are **GRANTED**, Plaintiff's motion for summary judgment (doc. no. 41) is **DENIED**, judgment shall be **ENTERED** in favor of Defendant Lee, Plaintiff's motions (doc. nos. 46, 53, 54) are deemed **MOOT**, and this civil action is **CLOSED**.

SO ORDERED this 28th day of December, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE